# IN THE SUPREME COURT OF ALABAMA



June 13, 2025

**SC-2023-0609**

Kelly Jean Crane and Matthew J. Crane v. U.S. Bank Trust National Association, as trustee of the Igloo Series III Trust; BSI Financial Services; Rushmore Loan Management Services, LLC; and MTGLQ Investors, LP (Appeal from Jefferson Circuit Court: CV-19-903702).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on June 13, 2025:

**APPLICATION OVERRULED. NO OPINION.** McCool, J. -- Stewart, C.J., and Wise, Sellers, and Lewis, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on May 9, 2025:

**AFFIRMED. NO OPINION.** McCool, J. -- Stewart, C.J., and Wise, Sellers, and Mitchell, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**